UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-1911-MWF(PJWx)**                                    Dated: **March 10, 2016**

Title:       Shirley Lindsay -v- Barry R. Edwards, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                             None Present
    Relief Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                            None Present

PROCEEDINGS (IN CHAMBERS):              COURT ORDER

    In light of the Mediation Report stating the case has completely settled, filed on March 9, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **April 11, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED**.

MINUTES FORM 90                                          Initials of Deputy Clerk   cw
CIVIL - GEN